```
                                              FILED

                                          17 JUL 28 PM 3:55

                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                                      MM    DEPUTY
                                           BY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE INVESTIGATION OF RONNIE MONTGOMERY, ET AL. | Miscellaneous Case Nos.: 15mc1444; 16mc0227; 16mc0228; 16mc0252; 16mc0363 <br> Magistrate Case Nos.: **16mj0618**; 16mj0619; 16mj0620; 16mj0621; 16mj0827; 16mj0872; 16mj0827; 16mj1174; 16mj2530 <br><br> ORDER TO UNSEAL |

Upon Consideration of the Application of the United States of America, and for Good Cause Shown, IT IS HEREBY ORDERED that the documents in the captioned cases be unsealed.

DATED: July 28, 2017

_____
Hon. NITAL L. STORMES
United States Magistrate Judge
Southern District of California

2